DAVID CRAIG *v*. TOWN OF ANDES. — Motion to be allowed to intervene, etc., denied, with ten dollars costs.

CELINA GIBSON, *Respondent*, *v*. LOUIS U. ARCHAMBAULT, *Appellant*. — Order affirmed, with ten dollars costs and disbursements.

MALCOLM CALHOUN *v*. THE DELHI AND MIDDLETOWN RAILROAD COMPANY. — Order denying leave to file bond reversed, with ten dollars costs and printing disbursements and leave granted.

IN THE MATTER OF THE ATTORNEY GENERAL, ETC., *v*. THE NORTH AMERICA LIFE INSURANCE COMPANY. — Order denying motion by policyholders to be allowed, etc., affirmed, with ten dollars costs and printing disbursements.

ALBERT E. WOOSTER, *Appellant*, *v*. PETER SHOEMAKER, *Respondent*. — Judgment affirmed, with costs. Mem. by LEARNED, P. J.

MELVILLE M. CRANE and ABIGAIL CRANE, *as Administrators, etc.*, *Respondents*, *v*. GEORGE CRANE, *Appellant*. — Judgment affirmed, with costs.

THE RENSSELAER AND SARATOGA RAILROAD COMPANY, *Plaintiff*, *v*. THE PRESIDENT, ETC., OF THE DELAWARE AND HUDSON CANAL COMPANY, *Defendant*. — Judgment ordered for plaintiff on case submitted. Mem. by LEARNED, P. J.

GEORGE KING, *Respondent*, *v*. PETER WHITE, *Appellant*. — Judgment affirmed, with costs.

NORMAN PORTER, *Appellant*, *v*. JOHN BEALE, *Respondent*. — Judgment affirmed, with costs.

PORTER C. KINGSBURG and GEORGE DANIELS, *Appellants*, *v*. GEORGE W. EARLE and WILLIAM S. EARLE, *Respondents*. — Motion for leave to go to the Court of Appeals denied.

AMOS D. FULLER, *Respondent*, *v*. TUNIS V. COLLINS, *Appellant*. — Judgment and order affirmed with costs.

RICHARD VAN VRANKEN, *Respondent*, *v*. ROBERT CALDERWOOD, *Appellant*. — Judgment of County Court reversed, and of justice also, with costs.

SARAH E. HOUSE, *Respondent*, *v*. NATIONAL BANK OF COHOES, *Appellant*. — Order denying motion to dismiss opened, and motion to dismiss appeal granted, unless appellant pay ten dollars costs ; in which case, case goes over the term.

THE TOWN OF THOMPSON, *Appellant*, *v*. WILLIAM NORRIS, *Respondent*. — Motion to continue injunction pending appeal, denied.

IN THE MATTER OF PROVING WILL OF AMBROSE HIGGINS. — Motion denied.

TEUNIS P. OSTERHOUT, *Respondent*, *v*. THOMAS HYLAND and others, *Appellants*.

SAME *v*. OWEN TRODDEN and others, *Appellants*.

SAME *v*. CORNELIUS BRACKETT and others, *Appellants*. — Motions granted and causes sent to the Court of Appeals.